

Wednesday, May 14, 2014

No. 14–0551/NA. U.S. v. Michael N. Bell. CCA 201200517. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including June 9, 2014,* and *no further extension of time will be granted in this case.*

No. 14–0585/AF. U.S. v. Jasper C. Brooks III. CCA 38245. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 2, 2014.

Thursday, May 15, 2014

No. 14–0261/AR. U.S. v. Elliot M. Carrasquillo. CCA 20110719. Appellant's motion to extend time to file a brief granted, *up to and including May 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0415/AR. U.S. v. William E. Newton, Jr. CCA 20110499. Appellant's motion to file the supplement to the petition for grant of review out of time granted.

Friday, May 16, 2014

No. 14–0236/AF. U.S. v. Horace C. Wickware. CCA 38074. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, the Court notes that the involuntary manslaughter and negligent homicide offenses were charged in the alternative to the unpremeditated murder offense. As Appellant was convicted of the unpremeditated murder offense, his convictions for involuntary manslaughter and negligent homicide must be dismissed on appeal. In light of the military judge's instruction to the court members that the three offenses were multiplicious for sentencing, however, Appellant was not prejudiced as to the sentence. Accordingly, it is ordered that the petition is granted on the following specified issue: [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

> WHETHER APPELLANT'S CONVICTIONS FOR INVOLUNTARY MANSLAUGHTER AND NEGLIGENT HOMICIDE, WHICH WERE CHARGED IN THE ALTERNATIVE TO THE OFFENSE OF UN-PREMEDITATED MURDER, SHOULD BE DISMISSED AS APPEL-LANT WAS CONVICTED OF UNPREMEDITATED MURDER.

The decision of the United States Air Force Court of Criminal Appeals is reversed as to Charge II and its Specification and Specification 3 of Charge IV, but is affirmed in all other respects. The findings of guilty as to Charge II and its Specification and Specification 3 of Charge IV are set aside, and those offenses are dismissed.

No. 14–0236/AF. U.S. v. Horace C. Wickware. CCA 38074. [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]